RECEIVED
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BRUCE LIONEL PARKER      CIVIL ACTION NO. 1:11CV1952

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

JAMES L. LEBLANC, ET AL.     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 12th day of June, 2012.

JAMES T TRIMBLE, JR
UNITED STATES DISTRICT JUDGE